UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA       :

    v.                           :

DARRYL JOE,                    :

        Defendant.             :

- - - - - - - - - - - - - - - x

**07 CRIM 734**

INDICTMENT

07 Cr.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 0 __

### COUNT ONE

The Grand Jury charges:

On or about July 14, 2007, in the Southern District of New York, DARRYL JOE, the defendant, after having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction on or about August 6, 2003, in New York Supreme Court, Bronx County, of Criminal Possession of a Loaded Firearm in the Third Degree, in violation of New York Penal Law 265.02, unlawfully, willfully, and knowingly, did possess in and affecting commerce, ammunition, to wit, Remington Peters 12 Gauge rounds and Winchester Western 12 Gauge rounds, which previously had been shipped or transported in interstate commerce.

      (Title 18, United States Code, Section 922(g)(1).)


_/s/ Katherine U. Brooks_
FOREPERSON

_/s/ Michael J. Garcia_
MICHAEL J. GARCIA
United States Attorney