```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA        :   INDICTMENT

        v.                      :   S1 07 Cr. 734 (RJH)

DARRYL JOE,                     :

            Defendant.          :

- - - - - - - - - - - - - - - - x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 2 8 2007

COUNT ONE

The Grand Jury charges:

1. On or about July 14, 2007, in the Southern District of New York, DARRYL JOE, the defendant, after having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction on or about August 6, 2003, in New York Supreme Court, Bronx County, of criminal possession of a loaded firearm in the Third Degree, in violation of New York Penal Law 265.02, unlawfully, willfully, and knowingly, did possess in and affecting commerce, a firearm and ammunition, to wit, a Remington 870 Express shotgun, Remington Peters 12 Gauge rounds and Winchester Western 12 Gauge rounds, which previously had been shipped or transported in interstate commerce.

(Title 18, United States Code, Section 922(g)(1).)

COUNT TWO

The Grand Jury further charges:

2. On or about July 14, 2007, in the Southern District of New York, DARRYL JOE, the defendant, unlawfully, willfully, and knowingly did receive and possess a firearm which

was not registered to him in the National Firearms Registration and Transfer Record, to wit, one Remington 870 Express shotgun, the barrel length of which was less than 16 inches.

(Title 26, United States Code, Section 5861(d).)

## COUNT THREE

The Grand Jury further charges:

3. On or about July 14, 2007, in the Southern District of New York, DARRYL JOE, the defendant, unlawfully, willfully, knowingly, and with the intent to cause death and serious bodily harm, did take a motor vehicle that had been transported, shipped, and received in interstate and foreign commerce from the person and presence of another by force and violence and by intimidation, to wit, JOE stole a Land Rover Discovery from the person and presence of another by brandishing a firearm.

(Title 18, United States Code, Section 2119(1).)

## COUNT FOUR

The Grand Jury further charges:

4. On or about July 14, 2007, in the Southern District of New York, DARRYL JOE, the defendant, together with others known and unknown, unlawfully, willfully, knowingly, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, namely, the offense charged in Count Three of this Indictment, did use and carry a firearm, and, in furtherance of such crime, did possess and brandish a firearm, to wit, a JOE possessed and brandished a

firearm ~~and a short-barreled shotgun, the overall length of which was less than 26 inches~~, during the course of the carjacking described in Count Three of this Indictment.

(Title 18, United States Code, Sections 924(c) and 2.)

_____   _____
FOREPERSON                         MICHAEL J. GARCIA
                                   United States Attorney

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

DARRYL JOE,

Defendant.

INDICTMENT

07 Cr. 734 (RJH) (S1)

(18 U.S.C. §§ 922(g)(1), 924(c), 2119(1)
& 2 and 26 U.S.C. § 5861(d))

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*[signature]*
Foreperson.

*[handwritten notations]*