USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/22/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA           :     ORDER

      v.                              :

DARRYL JOE,                        :     07 Cr. 734 (RJH)

           Defendant.            :
- - - - - - - - - - - - - - - - - -X

**WHEREAS**, counsel for the defendant, Darryl Joe, has moved for a determination of mental competency to stand trial pursuant to Title 18, United States Code, Section 4241, on the basis of counsel's argument that there is reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to assist properly in his own defense; and

**WHEREAS**, the Court has observed the behavior of the defendant, Darryl Joe, and heard representations by counsel for the defendant, Darryl Joe; and

**WHEREAS**, the Court seeks the input of a psychiatrist in determining whether there exists reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to assist properly in his own defense, thus requiring a hearing to be conducted pursuant to the provisions of Title 18, United States Code, Section 4247(d) and, should such a hearing be

required, the further input of a psychiatrist at that hearing; it is hereby

**ORDERED** that the Warden of the Metropolitan Detention Center, New York, or whosoever shall have the supervision and control of the defendant, shall provide a suitable place for a psychiatric examination to be conducted, such place to consist of a private room without distractions or noise, containing a small table and chairs; and it is further

**ORDERED** that, Dr. Lawrence A. Siegel, a licensed forensic psychiatrist, be permitted to enter said institution for the purpose of conducting one or more psychiatric examinations on the defendant, Darryl Joe, on or after the execution of this Order; and it is further

**ORDERED** that this Order shall remain in effect until further notice from this Court.


Dated:  New York, New York
        April    , 2008

                            SO ORDERED:

                            _____
                            HONORABLE RICHARD J. HOLWELL
                            UNITED STATES DISTRICT JUDGE