```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/23/08
```

------------------------------------------------X
:
UNITED STATES OF AMERICA   :
:
- VS -   :     07 CR 00734-01  (RJH)
:
DARRYL JOE   :
:
:
------------------------------------------------X

| FOR THE GOVERNMENT : | FOR THE DEFENDANT : JOE |
|---|---|
| MICHAEL MAIMIN | ROLAND THAU |
| PARVIN DAPHNE MOYNE | JENNIFER BROWN |
| ASST. U. S. ATTORNEY | FEDERAL DEFENDERS UNIT |
| ONE ST.. ANDREWS PLAZA | 52 DUANE STREET, 10TH FLOOR |
| NEW YORK , N.Y. 10007 | NEW YORK, N.Y. 10007 |
| TEL: (212) 637- 2510 | TEL: (212) 417-8700 |
| FAX: (212) 637-2527 | FAX: (212)571-0392 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

FOR THE DEFENDANT :  JOE
KELLEY SHARKEY
LAW OFFICE of KELLEY SHARKEY
26 COURT STREET
BROOKLYN, N.Y. 11242
TEL: (718) 858- 8843
FAX:(718) 875- 0053

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

06 / 19 / 08          **SUBSTITUTION OF COUNSEL**

The Court Orders the substitution of new counsel in the above case.

CJA counsel Roland Thau is relieved and CJA counsel Kelley Sharkey is appointed as new

counsel for the defendant.

SO ORDERED :
New York, New York
June 19, 2008                                  _____
                                               Richard J. Holwell U.S.D.J.