UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------X
UNITED STATES OF AMERICA,       :
                                :   07 Cr. 734 (JFK)
        -against-               :
                                :   **ORDER**
DARRYL JOE,                     :
                                :
              Defendant.        :
-------------------------------X

**JOHN F. KEENAN, United States District Judge:**

  The Court hereby authorizes the Bureau of Prisons/ United States Marshals Service, to use the reasonable force necessary to remove the defendant, DARRYL JOE, from the MDC for a Court appearance today at 2:30 p.m.

  **SO ORDERED.**

Dated:   New York, New York
    June 30, 2008

               _____
                 **JOHN F. KEENAN**
               **United States District Judge**