USDC SDNY

7-18-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
UNITED STATES OF AMERICA

ORDER

     - against -

07 CR 734 (JFK)

DARRYL JOE,

                    Defendant.
-------------------------------------------------------X

     Upon the application of Kelley J. Sharkey, attorney for the above named defendant, in order to facilitate a fair trial, it is ORDERED that Mrs. Joe shall deliver, and the Metropolitan Correction Center shall accept, for Darryl Joe, Marshall's number 59314-054, clothing for him to wear at his trial which commences on July 22, 2008.

Dated: New York, New York
      July 17, 2008

*Loretta A Preska*

Honorable John F. Keenan
United States District Judge