UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA                :    ORDER

    -against-                                        :    07 CR 734 (JFK)

DARRYL JOE                                       :
                   **Defendant**
------------------------------------------------------------X

    For good cause shown, the Metropolitan Correctional Center is hereby **ORDERED** To release Darryl Joe, inmate id no. _____ from the Special Housing Unit and be placed in a Unit without such restrictions. The United States Attorney Office of the Southern District of New York is in agreement with this **ORDER.**

                                                        */s/ John F. Keenan*
                                                 Honorable J. F. Keenan
                                                 District Court Judge
                                                 Southern District of New York

July 25, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7-25-08