AO 245A (Rev. 7/87) Judgment of Acquittal

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

DARRYL JOE

JUDGMENT OF ACQUITTAL

CASE NUMBER: 1: S1 07 CR 00734-001 (JFK)

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged and any bond exonerated.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7-29-08

_John F. Keenan_
Signature of Judicial Officer

HON. JOHN F. KEENAN, USDJ
Name and Title of Judicial Officer

JULY 29, 2008
Date