AUG - 5 2008

Attorney-at-Law
26 Court Street, Suite 2805
Brooklyn, NY 11232
718-858-8843
kelleysharkeyesq@verizon.net

August 5, 2008

Hon. John F. Keenan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

       Re: US v Darryl Joe
          Cr. No. 07-734 (JFK)



Dear Judge Keenan:

    I respectfully request that your Honor authorize an additional $1300 for the services of Angel Torres, the investigator assigned to the defense of US v. Darryl Joe, 07-734 (JFK). During the course of the trial, there were unanticipated trips to the Bronx to confer with witnesses, meetings with the defendant at the MCC, in addition to the review of Daryl Joe's taped phone calls. The Court previously authorized (attached) expert service in the amount of $3760.00. Mr. Torres performed services in the amount of approximately $1300 over the authorization. Thank you for your consideration of this request.

                                    Respectfully,

                                    Kelley J. Sharkey

cc: Ms. Saoni Acevedo, CJA Clerk

*An additional fee of $1300 for services of Investigator Angel Torres is authorized.*

*So ordered*
*August 11, 2008*      John F. Keenan
                                 U.S.D.J.